UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  9:23-cv-81335-DMM

HOWARD COHAN,

    Plaintiff,

vs.

AMERICAN SOCIAL BOCA RATON, LLC
a Florida Limited Liability Company

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, AMERICAN SOCIAL BOCA RATON, LLC, a Florida Limited Liability Company (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within ten (10) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED November 8, 2023.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Steve M. Bimston**
Steve M. Bimston, Esquire
Florida Bar No. 179205
ROSENTHAL ROSENTHAL RASCO LLC
ONE AVENTURA EXECUTIVE CENTER
20900 N.E. 30th Ave., Suite 600
Aventura, FL 33180
Phone: 305-937-0300
Email: smb@rrrlaw.com
*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**